# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:06-CR-0187** |
| : | |
| **v.** : | **(Judge Conner)** |
| : | |
| **SON T. NGUYEN** : | |

## ORDER

AND NOW, this 22nd day of August, 2006, upon consideration of the case management order in the above-captioned case (Doc. 13; see also Doc. 20), and it appearing that jury selection is scheduled to commence at 9:30 a.m. on Tuesday, September 5, 2006 (see Doc. 20), it is hereby ORDERED that each party shall submit proposed voir dire questions and the government shall submit points for charge at or before 12:00 p.m. on Tuesday, August 29, 2006.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge