# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 1:06-CR-00187** |
| | **:** | |
| **v.** | **:** | **(Judge Conner)** |
| | **:** | |
| **SON T. NGUYEN,** | **:** | |
| **Defendant** | **:** | |

## O R D E R

AND NOW, this 11th day of October, 2006, upon notice from the government that defendant Son T. Nguyen is currently a fugitive, having failed to appear for jury selection and trial previously scheduled for September 5, 2006, and a bench warrant subsequently having been issued for his arrest, it is hereby ORDERED that **jury selection and trial in the captioned action are INDEFINITELY CONTINUED** until such time as the defendant is apprehended and presented before this court for determination of further proceedings.  The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge